# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 13-2441 (DWF/FLN) |
| Richard Lynn Bowles,<br><br>Plaintiff,<br><br>v.    Civil No. 14-1790 (DWF/FLN)<br><br>Howmedica Osteonics d/b/a Stryker Orthopaedics, Stryker Corp.; Stryker Sales Corporation; and Stryker Ireland Limited,<br><br>Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Based upon the Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by Plaintiff on May 13, 2015, (Civil No. 14-1790 (DWF/FLN), Doc. No. [7]),[1]

**IT IS HEREBY ORDERED** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 19, 2015        s/Donovan W. Frank
                           DONOVAN W. FRANK
                           United States District Judge

---

[1] Plaintiff Richard Lynn Bowles's Notice of Voluntary Dismissal was filed only in the individual case (Civil No. 14-1790 (DWF/FLN), Doc. No. 7). The Notice of Voluntary Dismissal should also have been filed in the master case, MDL 13-2441 (DWF/FLN).